# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:18-cr-00030-MR-WCM-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CARLA BLAIR LLOYD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss with Prejudice [Doc. 155].

By way of a separate Order entered today, the Court has vacated the Judgment for this Defendant and granted a new trial. [Doc. 154]. The Government now moves to dismiss the Bill of Indictment in this case against the Defendant. For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 155] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED WITH PREJUDICE** as to the Defendant Carla Blair Lloyd.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Government, counsel for the Defendant, the United

States Bureau of Prisons, the Warden of Alderson FPC, the United States Marshals Service, and the United States Probation Office, so as to facilitate the expeditious release of the Defendant.

**IT IS SO ORDERED**.

Signed: February 12, 2019

Martin Reidinger
United States District Judge